IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KRISTY KELLER-SMITH,

    Plaintiff,

v.

RELIANCE STANDARD LIFE INSURANCE CO.,

    Defendant.

CIVIL ACTION
NO. 17-1549

## ORDER

**AND NOW**, this 23rd day of August 2018, upon consideration of the ERISA administrative record, Defendant's Motion for Summary Judgment (Doc. No. 23); Plaintiff's Response in Opposition to Defendant's Motion for Summary Judgment (Doc. No. 27); Defendant's Reply Brief in Support of its Motion for Summary Judgment (Doc. No. 30); Plaintiff's Corrected Motion for Judgment on the ERISA Record and/or for Summary Judgment (Doc. No. 26); Defendant's Response to Plaintiff's Statement of Facts (Doc. No. 28); Plaintiff's Reply to Defendant's Responsive Brief (Doc. No. 29); arguments of counsel at the June 22, 2018 hearing on the Motions; and in accordance with the Opinion issued on this day, it is **ORDERED** as follows:

1. Defendant's Motion for Summary Judgment (Doc. No. 23) is **GRANTED**.

2. Plaintiff's Corrected Motion for Judgment on the ERISA Record and/or for Summary Judgment is **DENIED**.

1

3. The Clerk of Court shall close the case for statistical purposes.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.